HENRY S. McKENZIE, *Plaintiff in Error,* v. J. S. LISENBY, as Receiver for East Florida Savings & Trust Company, a Banking Corporation, *Defendant in Error.*

146 So. 572.

En Banc.

Decision filed February 10, 1933.

Rehearing denied March 9, 1933.

*Hilburn & Merryday, J. V. Walton* and *Thomas B. Dowda,* for Plaintiff in Error.

*Julian C. Calhoun* and *Richard W. Ervin,* Jr., for Defendant in Error.

PER CURIAM.—The questions of law and fact presented in this case are similar to those presented in J. S. Lisenby,

as Receiver of East Florida Savings & Trust Company v. S. J. Motes, decided this date. The judgment below is therefore affirmed on authority of the doctrine ennounced in the latter case.

Affirmed.

DAVIS, C. J., and WHITFIELD, TERRELL and BUFORD, J. J., concur.